IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00274-WJM-BNB

WINMARK CORPORATION,

Plaintiff,

v.

TODD A. SCHNEEBERGER, and
PATRICIA A. SCHNEEBERGER,

Defendants.

_____

**ORDER**
_____

In view of the order [Doc. # 52] of the district judge administratively closing the action,

IT IS ORDERED that the requirement contained in my order [Doc. # 53] that the plaintiff file a status report is vacated.

Dated February 3, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge